**Order entered September 8, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00260-CR

### LAWRENCE RICHARD PARKER, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 199th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 199-81571-2015

## ORDER

Appellant's August 30, 2016 second motion for extension of time to file his brief is

**GRANTED**. Appellant's brief shall be due on or before **September 20, 2016**.

/s/     LANA MYERS
         JUSTICE